# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0366

VERSUS

LOUIS EDWARD BETHLEY, JR.                          **JUNE 21, 2022**

---

In Re:    Louis Edward Bethley, Jr., applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 10-14-0658.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **JMG**
                              **EW**

COURT OF APPEAL, FIRST CIRCUIT

*a.Snl*

DEPUTY CLERK OF COURT
   FOR THE COURT